**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Weeks v. Forrest, et al.          Case Number: 1:22-cv-7340

An appearance is hereby filed by the undersigned as attorney for:
Plaintiff, Jacquel Weeks

Attorney name (type or print): Dedrick L. Gordon

Firm: Dedrick L. Gordon Law Group, P.C.

Street address: 203 N. LaSalle Street, Suite 2100

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6312922          Telephone Number: 312.803.0737
(See item 3 in instructions)

Email Address: gordon@dglawgp.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you acting as local counsel in this case? | ✓ Yes | ☐ No |
| Are you a member of the court's trial bar? | ✓ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✓ Yes | ☐ No |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                  ☐ Appointed Counsel
                                                    If appointed counsel, are you
                                                  ☐ Federal Defender
                                                  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/29/2022

Attorney signature:    S/ Dedrick L. Gordon
                       (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015